STATE

v.

**Gordon F. B. ONDIS.**

**No. 82–334–M.P.**

Supreme Court of Rhode Island.

Oct. 15, 1982.

Dennis J. Roberts II, Atty. Gen., David H. Leach, Asst. Atty. Gen., for plaintiff-respondent.

Stephen P. Nugent, Providence, for defendant-petitioner.

### ORDER

Petition for certiorari and petitioner's motion for stay are hereby denied as interlocutory.